# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0036.  DAKER v. OWENS, DEPARTMENT OF CORRECTIONS.**

Waseem Daker, a prisoner within the meaning of the Prison Litigation Reform Act of 1996 (OCGA § 42-12-1 et. seq.), has filed a timely emergency motion pursuant to Court of Appeals Rules 16 (c); 31 (i) and 40 (b) seeking an extension of time to file an application for a discretionary appeal from the trial court's January 23, 2017 order in a civil action denying a motion to set aside a prior court order.  The motion is GRANTED, and Daker shall have until March 17, 2017 to timely file an application for a discretionary appeal pursuant to OCGA §§ 42-12-8 and 5-6-35.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*